AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

EVERETT D'ANTE WALKER,

      Petitioner,

V.

MICHAEL BUDGE, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-CV-00207-ECR-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the respondents' motion (#32) to dismiss is GRANTED and that the remaining grounds in the petition shall be DISMISSED with prejudice as procedurally defaulted. IT FURTHER IS ORDERED that a certificate of appealability is DENIED.

  January 11, 2010                                 **LANCE S. WILSON**
                                                                       Clerk

                                                                           D. R. Morgan
                                                                       Deputy Clerk